JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.D., a minor, by and through his Guardian Ad Litem, Michelle Dougherty,<br><br>                    Plaintiff,<br><br>            v.<br><br>ATASCADERO UNIFIED SCHOOL DISTRICT,<br><br>                    Defendant. | Case No. 2:22-cv-05937-MCS-AGR<br><br>**JUDGMENT** |

In accordance with the Court's Order finding in favor of Defendant Atascadero Unified School District, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendant, as to Plaintiff C.D.'s claims alleging violations of the Individuals with Disabilities in Education Act, 20 U.S.C. § 1415. Plaintiff shall take nothing from his action against Defendant. The action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 5, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE